AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Liz Enterprises, Inc. <br> *Plaintiff* <br> v. <br> Magic Moments Intl. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 5:17-CV-00292-DAE |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other:   Since counsel for all parties signed the instant motion (see Dkt. #6 at 2), the Court finds that the parties voluntarily dismissed this civil action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) when they filed their Agreed Motion to Dismiss. (Dkt. # 6.) Accordingly, this case is DISMISSED WITH PREJUDICE

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   David A. Ezra

Date:   05/23/2018

CLERK OF COURT   JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*